RIVERSIDE CONTRACTING COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Impleaded with FIRST NATIONAL BANK OF BAYONNE, Respondent, and Others, Consolidated with JOSIAH CANTER, as Receiver in Bankruptcy of the HARBOR DREDGING AND SCOW CONSTRUCTION COMPANY, Bankrupt, and Others, Appellants, *v.* THE CITY OF NEW YORK, Impleaded with FIRST NATIONAL BANK OF BAYONNE, Respondent, and Others. (Nos. 1 & 2.) ·

CHARLES W. WRIGHT, Appellant, *v.* THE CITY OF NEW YORK, Impleaded with FIRST NATIONAL BANK OF BAYONNE, Respondent, and Others.

Appeal from a judgment of the Supreme Court, entered on the 30th day of December, 1913, after a trial at Special Term.

Judgment affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Dowling, JJ.; Laughlin, J., dissented.

LAUGHLIN, J. (dissenting): I dissent as to Riverside Contracting Company, and vote for reversal of the judgment against it and the granting of a new trial as to it on the ground that it was error to exclude the evidence to impeach the record of the time at which the plaintiff's notice of lien was filed.